

60 east 42nd street  suite 1750
new york, new york 10165
t: 212.297.0700  f: 212.297.0730
info@riemerlawfirm.com  www.riemerlawfirm.com

July 15, 2010



**BY HAND**

Hon. William H. Pauley
United States District Court
500 Pearl Street
Room 2210
New York, NY 10007-1312

      Re:    Epstein v. Hartford Life and Accident Insurance Company
              <u>09 CV 5608 (WHP)(RLE)</u>

Dear Judge Pauley:

      We are counsel to plaintiff in the above-referenced action. We hereby request the opportunity to submit a supplemental brief, affidavit and exhibits pertaining to defendant's motion for summary judgment, which was fully briefed on February 16, 2010. The motion was fully briefed before the close of discovery.

      Plaintiff requests this opportunity because defendant has recently produced discovery materials pursuant to the Court's June 8, 2010 protective order, which bear on the issue of defendant's inherent conflict of interest, an issue critical to defendant's motion.

      Plaintiff requests that he be permitted to submit such additional materials within 10 days of the Court approving this request.

Respectfully yours,

Scott M. Riemer

cc:    Michael H Bernstein, Esq. (By telefax and email).

*Application Denied*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/10

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/22/10