RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
Office and Post Office Address
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 3 SEP 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HOWARD EPSTEIN                                     09 CV 5608 (WHP)

                Plaintiff,              NOTICE OF APPEAL

      -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

                Defendant.
----------------------------------------------------------X

        PLEASE TAKE NOTICE that plaintiff Howard Epstein hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment of the United States District Court for the Southern District of New York, entered on August 26, 2010.

Dated: New York, New York
        September 22, 2010

                                    RIEMER & ASSOCIATES LLC
                                    Attorneys for Plaintiff
                                    60 East 42nd Street, Suite 1750
                                    New York, New York 10165
                                    (212) 297-0700

                                    By: /s/Scott M. Riemer
                                        Scott M. Riemer (SR5005)

TO:    Michael H Bernstein, Esq.
        Sedgwick, Detert, Moran & Arnold
        125 Broad Street
        39th Floor
        New York, NY 10004-2400
        212-898-4011