UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HOWARD EPSTEIN,

                      Plaintiff,

     -against-

HARTFORD LIFE AND ACCDIENT
INSURANCE COMPANY,

                      Defendant.
------------------------------------X

09 Civ. 5608 (WHP)

SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/11

WILLIAM H. PAULEY III, District Judge:

        The parties are directed to appear for a conference before this Court on January 13, 2012 at 2:30 p.m.

Dated: December 22, 2011
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
        U.S.D.J.

*All Counsel of Record*

-1-