N.Y.S.D. Case #
09cv5608(WHP)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of January, two thousand twelve.

Howard Epstein,

   *Plaintiff - Appellant,*

v.

Hartford Life and Accident Insurance Company,

   *Defendant - Appellee.*

**STATEMENT OF COSTS**

Docket No. 10-3852

IT IS HEREBY ORDERED that costs are taxed in the amount of $2,624.82 in favor of Appellant Howard Epstein.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 11, 2012

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk



**DOCKETED AS** # 12,0043
**A JUDGMENT
ON**  1/11/12

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/11/2012