UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HOWARD EPSTEIN,

            Plaintiff,

    -against-

HARTFORD LIFE & ACCIDENT
INSURANCE CO.,

            Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/12

09 Civ. 5608 (WHP)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
*Re: relief requested in joint 5/9/11 letter to the Court*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__X__ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

DATED:   January 17, 2012
               New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies Mailed To:*

The Honorable Ronald L. Ellis
United States Magistrate Judge

Scott Madison Riemer
Riemer & Associates, L.L.C.
60 East 42nd Street
Suite 1750
New York, NY 10165
*Counsel for Plaintiff*

Michael H Bernstein
Sedgwick LLP (NY)
125 Broad Street, 39th Floor
New York, NY 10004
*Counsel for Defendant*