UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
HOWARD EPSTEIN,

                            Plaintiff,

         -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

:    09 Civ. 5608 (WHP)

:    SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/2012

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a conference on January 13, 2012, the

following schedule is established on consent:

    1.  Discovery is reopened and shall be completed by March 13, 2012;

    2.  Parties shall file and serve their respective motions for summary judgment by May 18, 2012;

    3.  Parties shall file and serve a joint Statement of Undisputed Material Facts pursuant to Rule 56.1 by May 18, 2012;

    4.  Parties shall file and serve their respective oppositions to the motions for summary judgment by June 18, 2012;

    5.  Parties shall file and serve their respective replies by June 29, 2012; and

-1-

6. This Court will hear oral argument on the motions on July 20, 2012,
   at 11:00 a.m.

Dated: January 20, 2012
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Scott M. Riemer, Esq.
60 East 42nd Street, 47th Floor
New York, NY 10165
*Counsel for Plaintiff*

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold, LLP
125 Broad Street, 39th Floor
New York, NY 10004
*Counsel for Defendant*