UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HOWARD EPSTEIN                                          09 CV 5608 (WHP)(RLE)

                Plaintiff,                          REVISED SCHEDULING
                                                     ORDER

    -against-

HARTFORD LIFE AND ACCIDENT INSURANCE CO.,

                Defendant.
----------------------------------------------------------------X

WILLIAM H. PAULEY, III, D.J.

    1. Parties shall file and serve their respective motions for summary judgment by June 6, 2012;

    2. Parties shall file and serve a joint Statement of Undisputed Material Facts pursuant to Rule 56.1 by June 6, 2012;

    3. Parties shall file and serve their respective oppositions to the motions for summary judgment by June 27, 2012; and

    4. Parties shall file and serve their respective replies by July 13, 2012.

    5. *This Court will hold oral argument on the motions on August 3, 2012 at 11:30 a.m.* WHP

Dated: New York, New York
       May 16, 2012

SO ORDERED,

_____
William H. Pauley, III, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/12