Scott M. Riemer (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HOWARD EPSTEIN,

                       Plaintiff,                      09 CV 5608 (WHP)(MHD)

      -against-                                 __NOTICE OF MOTION__

HARTFORD LIFE AND ACCIDENT            ECF Case
INSURANCE COMPANY,

                       Defendant.
-----------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the annexed affirmation of Scott M. Riemer, dated June 13, 2012, affidavit of Audrey Beerman, dated June 13, 2012, together with exhibits thereto, and upon all prior proceedings herein, plaintiff will move this Court before the Honorable William H. Pauley, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on August 24, 2012 at 10:00 A.M., for an order granting summary judgment in favor of plaintiff pursuant to Fed. R. Civ. P. Rule 56, and for such other relief as the Court deems just and proper.[1]

Dated:  New York, New York
          June 13, 2012

                                             RIEMER & ASSOCIATES LLC
                                             60 East 42nd Street, Suite 1750
                                             New York, New York  10165
                                             (212) 297-0700
                                             sriemer@riemerlawfirm.com

                                             By:/s/Scott M. Riemer_____
                                                 Scott M. Riemer (SR5005)

---

[1] The parties requested an extension to file the Joint 56.1 Statement by facsimile dated June 13, 2012.

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on June 13, 2012, I served a true and complete copy of the foregoing Notice of Motion by transmitting the same by electronic mail to the following individuals at the e-mail addresses indicated:

Michael H. Bernstein, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel.: (212) 422-0202
Fax: (212) 422-0925
*Attorneys for Defendants*


I also certify that this document filed through the ECF system will be sent electronically to all registered participants on June 13, 2012.

Dated: New York, New York
    June 13, 2012

                /s/Scott M. Riemer
                Scott M. Riemer (SR5005)