Scott M. Riemer (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOWARD EPSTEIN,

                    Plaintiff,              09 CV 5608 (WHP)(MHD)

        -against-                  AFFIDAVIT OF AUDREY BEERMAN

HARTFORD LIFE AND ACCIDENT      ECF Case
INSURANCE COMPANY,

                    Defendant.
------------------------------------------------------------X

      Audrey Beerman, being duly sworn, hereby deposes and says as follows:

      1.     I am a paralegal at Riemer & Associates, LLC. I submit this affidavit in support of Plaintiff's motion for summary judgment.

      2.     On or about August 1, 2008, I prepared the medical evidence in support of Howard Epstein's appeal letter dated August 1, 2008 ("Appeal Letter") for submission to Hartford.

      3.     I submitted the Appeal Letter and supporting medical evidence to Hartford on August 1, 2008 by FedEx, tracking number 791936595334.

      4.     I included the July 28, 2008 Report of Dr. Simon Lichtiger with the submission to Hartford on August 1, 2008.

      5.     **Exhibit 21** to the Affirmation of Scott M. Riemer, dated June 13, 2012, is a true and correct copy of the July 28, 2008 Report by Dr. Simon Lichtiger.

Dated: New York, New York
       June 13, 2012

_____
Audrey Beerman

Sworn to me on this 13th day of June

_____
Notary Public

SCOTT RIEMER
Notary Public, State of New York
No. 02RI6089049
Qualified in Westchester County
Commission Expires March 17, 2015

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on June 13, 2012, I served a true and complete copy of the foregoing Affidavit of Audrey Beerman by transmitting the same by electronic mail to the following individuals at the e-mail addresses indicated:

Michael H. Bernstein, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel.: (212) 422-0202
Fax: (212) 422-0925
*Attorneys for Defendants*

I also certify that this document filed through the ECF system will be sent electronically to all registered participants on June 13, 2012.

Dated:  New York, New York
        June 13, 2012

                                              /s/Scott M. Riemer
                                              Scott M. Riemer (SR5005)