Scott M. Riemer (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HOWARD EPSTEIN,

                     Plaintiff,                      09 CV 5608 (WHP)(MHD)

        -against-                            ECF Case

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                     Defendant.
----------------------------------------------------------X

## UNOPPOSED MOTION TO SEAL DISCOVERY DOCUMENTS SUBJECT TO THE PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL

Plaintiff, Howard Epstein ("Epstein"), by counsel, hereby moves this Court to seal the following documents in order to prevent public disclosure of personal data identifiers and other confidential information: (1) documents produced to plaintiff pursuant to the Stipulated Protective Order Regarding Confidentiality of Discovery Material, entered June 8, 2010, in the instant action, which are being filed as **Exhibits 1 through 9** of the Affirmation of Scott M. Riemer, dated June 13, 2012 ("Riemer Affirmation") filed in support of plaintiff's motion for summary judgment; and (2) documents produced pursuant to the Stipulated Protective Order Regarding Confidentiality of Discovery Material, entered December 30, 2010, in *Ahmad* v. *Hartford Life and Acc. Ins. Co.*, U.S. Dist. Ct. S.D.N.Y., Civ. Act. No. 10-cv-4545(PAC)(MHD), which are being filed as **Exhibits 10 through 14** of the Riemer Affirmation. Counsel for Defendant does not oppose this motion.

WHEREFORE, Plaintiff requests that the Court enter an order allowing **Exhibits 1 through 14** of plaintiff's motion for summary judgment to be filed under seal.

Dated: New York, New York
June 13, 2012

                                        RIEMER & ASSOCIATES LLC
                                        Attorneys for Plaintiff
                                        60 East 42nd Street, Suite 1750
                                        New York, New York  10165
                                        (212) 297-0700


                              By:/s/Scott M. Riemer
                                    Scott M. Riemer (SR5005)

TO:

Michael H. Bernstein, Esq.
Sedgwick LLP
125 Broad Street
39th Floor
New York, NY  10004-2400
212-898-4011

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on June 13, 2012, I served a true and complete copy of the foregoing Notice of Motion by transmitting the same by electronic mail to the following individuals at the e-mail addresses indicated:

Michael H. Bernstein, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Tel.: (212) 422-0202
Fax: (212) 422-0925
*Attorneys for Defendants*


I also certify that this document filed through the ECF system will be sent electronically to all registered participants on June 13, 2012.

Dated:  New York, New York
         June 13, 2012

                                      /s/Scott M. Riemer
                                      Scott M. Riemer (SR5005)