# Sedgwick LLP

ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

*Michael H. Bernstein*
(212) 898-4011
*michael.bernstein@sedgwicklaw.com*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/10/12

July 9, 2012

*Via Facsimile [(212) 805-6390]*
Hon. William H. Pauley
United States District Court Judge
United States District Court For The Southern
District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Howard Epstein v. Hartford Life And Accident Insurance Company*
    Civ. Act. No. 09 Civ. 5608 (WHP)
    File No.: 02489-000014

Dear Judge Pauley:

    This office represents defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-referenced matter. We write to request that the Court increase the page limitation for Hartford's opposition to Plaintiff's Motion for Summary Judgment by four (4) pages to a total of twenty-nine (29) pages. Hartford requests the additional four pages to address Plaintiff's introduction of documents gathered in other cases and referenced as "facts" in the parties' Joint Statement of Material Facts (Doc. No. 50).

    Hartford previously filed a request to move to strike these extra-record facts referenced by plaintiff. The court denied the request and advised Hartford that it could raise the points in its opposition papers. (Doc. No. 37). Under the circumstances, Hartford respectfully requests the additional four pages to sufficiently address all the issues concerning Plaintiff's introduction of extra-record evidence.

    Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Michael H. Bernstein
Sedgwick LLP

cc: Scott M. Riemer, Esq.

Application granted.

**SO ORDERED:**

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
7/10/12

NY/962274v1