# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

    IN THE MATTER OF REASSIGNMENT

                                    NOTICE OF REASSIGNMENT

           OF

CASES FROM HON. WILLIAM H. PAULEY III

-------------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

                HON. RONNIE ABRAMS

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: July 12, 2012

                                      Ruby J. Krajick, CLERK

                                      Philip Guarnieri
                       By: _____
                                      Deputy Clerk

cc: Attorneys of Record

Judge Pauley to Judge Abrams

09-cv-5608
10-cv-2143
10-cv-9471
11-cv-0843
11-cv-3019
11-cv-5100
11-cv-5980
11-cv-6615
11-cv-7284
11-cv-8168
11-cv-8469
11-cv-8672