**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

**RONNIE ABRAMS**
DISTRICT JUDGE

212-805-0284
FAX 805-7997

July 19, 2012

Scott Madison Riemer, Esq.
Riemer & Associates, L.L.C.
60 East 42nd Street
Suite 1750
New York, NY 10165

John Seybert, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, NY 10004

Michael Bernstein, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, NY 10004

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 19 2012

Re: *Epstein v. Hartford Life and Accident Insurance Company,*
No. 09 Civ. 5608 (RA)

Dear Counsel:

   As you may be aware, this case has been reassigned to my docket. All current deadlines and schedules remain in effect, except that any scheduled conference or oral argument is adjourned.

   To assist me in my supervision of this matter, please submit a joint letter no longer than five (5) pages by August 3, 2012 addressing the following subjects:

   1. Names of counsel and current contact information, if different from the docket;
   2. A brief description of the nature of the case and its procedural posture;
   3. A list of all existing deadlines;
   4. A summary of any motion that has been made, including any motions on appeal, as well as any contemplated motions;
   5. A summary of discovery undertaken to date;

6. A brief description of the settlement history of the case (without disclosing the parties' offers or settlement positions) and the prospect for settlement;

7. A statement as to whether the parties would consent to the exercise of jurisdiction by a United States Magistrate Judge for any and all purposes, including dispositive motions and/or trial;

8. The estimated length of trial and whether a jury trial has been demanded; and

9. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive or novel issue raised by the case.

Please review the Court's applicable Individual Rules and Practices (available at http://nysd.uscourts.gov/judge/Abrams) prior to the scheduled conference.

Sincerely,

Ronnie Abrams
United States District Judge