RIEMER & ASSOCIATES LLC
ATTORNEYS AT LAW

60 east 42nd street suite 1750
new york, new york 10165
t: 212.297.0700 f: 212.297.0730
info@riemerlawfirm.com www.riemerlawfirm.com

RECEIVED
AUG 09 2012
RONNIE ABRAMS
U.S. DISTRICT JUDGE
S.D.N.Y.

**MEMO ENDORSED**

August 9, 2012

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 10 2012

**VIA E-MAIL**

Hon. Ronnie Abrams
United States District Court
500 Pearl Street
Room 620
New York, NY 10007-1312
Abrams_NYSDChambers@nysd.uscourts.gov

Re: Epstein v. Hartford Life and Accident Ins. Co.
09 CV 5608 (RA)

Dear Judge Abrams:

We represent plaintiff Howard Epstein ("Epstein") in the above-referenced matter. We write to request an increase in the page limitation for Epstein's Reply in Further Support of Motion for Summary Judgment by four (4) pages to a total of fourteen (14) pages. The request is made in order to have adequate space to address Defendant's motion to strike, which was made for the first time as part of Defendant's opposition brief. Defendant consents to Epstein's request.

By way of background, the parties filed cross-motions for summary judgment on June 13, 2012. The parties also submitted a Joint Rule 56.1 Statement on June 29, 2012 (Doc. No. 50). Defendant requested leave to strike documents referenced in the parties' Joint Rule 56.1 Statement, but Judge William H. Pauley denied this request and advised that this argument could be made in defendant's motion for summary judgment (Doc. No. 37). Judge Pauley granted defendant's subsequent request to increase the page limitation for its opposition brief by four (4) additional pages to address this argument.

Under the circumstances, Epstein respectfully requests the additional four (4) pages to oppose Defendant's motion to strike.

Respectfully yours,

Scott M. Riemer

The application is ✓ Granted.
__ Denied.

Ronnie Abrams, U.S.D.J.
Dated: 8/10/12
New York, New York 10007

cc. Michael Bernstein, Esq.