**Sedgwick**

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

**MEMO ENDORSED**


RECEIVED AUG 13 2012
RONNIE ABRAMS
U.S. DISTRICT JUDGE
S.D.N.Y.

(212) 898-4011
michael.bernstein@sedgwicklaw.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 14 2012

August 13, 2012

*Via E-mail*
Hon. Ronnie Abrams, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

Re: *Howard Epstein* v. *Hartford Life & Accident Ins. Co.*
    Civ. Act. No. 09 Civ. 5608 (RA)
    File No.: 02489-000014

Dear Judge Abrams:

This office represents the defendant, Hartford Life and Accident Insurance Company ("Hartford"), in the above-referenced matter. We write to request that the Court order that Hartford's Reply Memorandum of Law (Doc. No. 58) be withdrawn from the Court's docket.

Today, in connection with deciding Plaintiff Howard Epstein's application to file his Reply Memorandum of Law by August 24, 2012, this Court allowed Hartford to withdraw its Reply Memorandum of Law, which was filed on August 9, 2012, and to refile it on August 24, 2012. (Doc. No. 60). The Court Clerk has advised that we are not able to withdraw the Reply Memorandum of Law without a Court Order.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael Bernstein
Sedgwick LLP

Enclosures
cc: Scott M. Riemer Esq.

SO ORDERED:

HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

8/14/12

NY/1008449v1

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **LETTER DATED AUGUST 13, 2012** was served via E-mail on this 13th day of August, 2012, upon the following:

>Scott M. Riemer, Esq.
>Riemer & Associates
>60 East 42nd Street, Suite 1750
>New York NY 10165
>Business Phone: (212) 297-0700
>Business E-mail: sriemer@riemerlawfirm.com

>s/
>JOHN T. SEYBERT

Dated:  New York, New York
August 13, 2012

NY/1008449v1