UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

HOWARD EPSTEIN

                       Plaintiff,

       -against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                     Defendant.
-------------------------------------------------------------------

Case No. 09 CIV 5608 (WHP)

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒    I have cases pending           ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

        Michael H. Bernstein
           FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB0579    My State Bar Number is

I am,

      ☒    An attorney

      ☐    A Government Agency attorney

      ☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Sedgwick LLP
                FIRM ADDRESS: 125 Broad Street, New York New York 10004
                FIRM TELEPHONE NUMBER: 212-422-0202
                FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
                FIRM TELEPHONE NUMBER: 212-422-0202
                FIRM FAX NUMBER: 212-422-0925

      ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
          was entered on _____ by Judge _____

Dated: 10/12/2012                 s/ _____
                                ATTORNEY'S SIGNATURE


American LegalNet, Inc.
www.FormsWorkFlow.com

## <u>CERTIFICATE OF SERVICE</u>

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 12th day of October, 2012, upon the following:

Scott M. Riemer, Esq.
Riemer & Associates
60 East 42nd Street, Suite 1750
New York, NY 10165

s/_____
Michael H. Bernstein

Dated:    New York, New York
          October 12, 2012

1