UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
HOWARD EPSTEIN, :
:
                Plaintiff, :
: No. 09 Civ. 5608 (RA)
        -v- :
: ORDER
HARTFORD LIFE AND ACCIDENT :
INSURANCE CO., :
:
                Defendant. :
:
------------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/13

RONNIE ABRAMS, District Judge:

    A telephone conference has been scheduled in this matter for January 8, 2013 at 11:00 a.m. The parties are directed to jointly call Courtroom Deputy Allison Cavale at (212) 805-0162 at that time. If this time is inconvenient for either party, the parties shall jointly propose alternative times.

SO ORDERED.

Dated:    January 7, 2013
             New York, New York

                                                          _____
                                                           Ronnie Abrams
                                                           United States District Judge