UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HOWARD EPSTEIN,

                    Plaintiff,

         -v-

HARTFORD LIFE AND ACCIDENT
INSURANCE CO.,

                  Defendant.

-----------------------------------------------------------X

No. 09 Civ. 5608 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/13

RONNIE ABRAMS, District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Civil Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

      IT IS FURTHER ORDERED that the parties cross-motions for summary judgment (Dkt Nos. 38 and 42) and related motion to seal (Dkt. No. 57) are deemed withdrawn without prejudice with leave to renew after the mediation is concluded. To renew the motions, the parties need only file the relevant notices of motion.

      The parties are directed to submit a joint letter by April 8, 2013 updating the Court on the status of the mediation.

      The Clerk of Court is respectfully direct to close Docket Numbers 38, 42 and 57.

SO ORDERED.

Dated:      January 8, 2013
             New York, New York

                                     Ronnie Abrams
                                     United States District Judge