UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HOWARD EPSTEIN,

                Plaintiff,

      -v-

HARTFORD LIFE AND ACCIDENT
INSURANCE CO.,

                Defendant.

------------------------------------------------------------X

No. 09 Civ. 5608 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/13

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:    April 8, 2013
            New York, New York

                                            _____
                                            Ronnie Abrams
                                            United States District Judge



**RIEMER & ASSOCIATES LLC**
ATTORNEYS AT LAW

60 east 42nd street  suite 1750
new york, new york 10165
t: 212.297.0700  f: 212.297.0730
info@riemerlawfirm.com  www.riemerlawfirm.com

April 5, 2013

**BY EMAIL**

Hon. Ronnie Abrams
United States District Court
500 Pearl Street
Room 2210
New York, NY  10007-1312
Abrams_NYSDChambers@nysd.uscourts.gov

      Re:    Epstein v. Hartford Life and Accident Insurance Company
                09 CV 5608 (RA)

Dear Judge Abrams:

      We are counsel to plaintiff in the above-referenced action.  We write on behalf of the parties to inform the Court that the parties have been able to settle the case through mediation.  The parties are in the process of formalizing the settlement in a written settlement agreement.  We respectfully request that the Court issue an order dismissing the case, with an option to reopen within 30 days if a final settlement agreement is not reached.

                                              Respectfully yours,

                                              Scott M. Riemer

cc:  Michael Bernstein, Esq.