USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HOWARD EPSTEIN,

                Plaintiff,

-against-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------X

Civ. Act. No.: 09 CIV 5608 (RA)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**DOCUMENT ELECTRONICALLY FILED**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Howard Epstein and defendant Hartford Life And Accident Insurance Company ("Hartford"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by plaintiff against Hartford in the above-captioned action are dismissed with prejudice, and without costs or attorneys' fees to either party.

Dated: New York, New York
April __, 2013

_____
Michael H. Bernstein (MB-0579)
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Telephone: (212) 422-0202
michael.bernstein@sedgwicklaw.com
*Attorneys For Defendant*

_____
SCOTT M. RIEMER (SR 5005)
RIEMER & ASSOCIATES, LLC
60 East 42nd Street, Suite 1750
New York, NY 10165
(212) 297-0700
sriemer@riemerlawfirm.com
*Attorneys for Plaintiff*

So Ordered:

_____
Hon. Ronnie Abrams
United States District Judge

5/2/13